UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BREWER, et al.<br><br>　　　　　Plaintiff(s)<br><br>v.<br><br>WELLS FARGO BANK, N.A.; et al.<br><br>　　　　　Defendant(s) | CASE No C 16-02664-HSG<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you *must* file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☐ other requested deadline:

Date: 12/20/2016　　　　　/s/ Michael Yesk
　　　　　　　　　　　　　Attorney for Plaintiffs Aaron Brewer and Delia Chambers Brewer

Date: 12/20/2016　　　　　/s/ Daniel A. Armstrong
　　　　　　　　　　　　　Attorney for Defendant Wells Fargo Bank, N.A.

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 12/29/2016

　　　　　　　　　　　　　*[signature: Haywood S. Gilliam, Jr.]*
　　　　　　　　　　　　　U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 11-2016*