Michael Yesk (SB#130056)
Yesk Law
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON F. BREWER and DELLA A. CHAMBERS-BREWER,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.<br><br>Defendants. | Case No.: 4:16-cv-02664-KAW<br><br>**PLAINTIFFS' VOLUNTARY DISMISSAL (FRCP 41(a)(1)(A)(1))**<br><br>Judge: Hon. Kandis A. Westmore<br><br>Complaint filed: Feb. 4, 2016 |

COME NOW Aaron and Della Brewer, Plaintiffs, and, pursuant to FRCP 41(a)(1)(A)(1) here by voluntarily dismiss their case without prejudice. No party has answered the Complaint or filed a Motion for Summary Judgment, so Plaintiffs are permitted to dismiss without Court Order.

DATED: April 21, 2017                      Respectfully submitted,

                                            /s/ Michael Yesk
                                           Michael Yesk (SB#130056)
                                           Attorney for Plaintiffs

PLAINTIFFS' VOLUNTARY DISMISSAL

1